# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163167(80)(81)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ZICARY LAMAR CARPENTER,
        Defendant-Appellant.

SC: 163167
COA: 349055
Genesee CC: 17-042372-FC

_____/

On order of the Chief Justice, the motions of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal and to exceed the page limitation are GRANTED. The 66-page answer submitted on August 31, 2021, is accepted for filing and is considered timely.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2021



Clerk